IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY HUNT, SR.,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

  v.                                          Case No. 12-cv-499-bbc

RONALD K. MALONE,

    Respondent.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner Ricky Hunt, Sr.'s petition for a writ of habeas corpus under U.S.C. § 2254 and dismissing this case with prejudice.

/s/                                                         November 7, 2014

Peter Oppeneer, Clerk of Court                            Date